BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br> WAHEED AHMED SANDHU,                )<br>  aka Waheed Ahmad Sandhu,           )<br>                                     )<br>            Defendant.               )<br> _____ ) | NO. CR. S-00-0196 FCD<br><br><br><br>ORDER TO DISMISS INDICTMENT<br>PURSUANT TO RULE 48 OF THE<br>FEDERAL RULES OF CRIMINAL<br>PROCEDURE |

The United States, by and through its attorneys, United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Carolyn K. Delaney, hereby moves to dismiss the Indictment currently pending against the defendant pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: September 29, 2010            Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                      /s/ Carolyn K. Delaney

                                     CAROLYN K. DELANEY
                                     Assistant U.S. Attorney

///
///

1

1
2       **IT IS SO ORDERED:**
3
4   Dated: September 29, 2010      _____
                                    FRANK C. DAMRELL, JR.
5                                   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28